# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**SHEKENIA YOLANDA GAY,**

    *Plaintiff,*

v.                                       **CASE NO. 1:15-cv-00102-MP-GRJ**

**CAROLYN W COLVIN,**

    *Defendant.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 25, 2016. (ECF No. 16). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The plaintiff filed objections at ECF No. 19, which the Court has reviewed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. The Court agrees with the Magistrate Judge that the Administrative Law Judge properly afforded little weight to the responses of the treating psychiatrist, Dr. Baxter, on a checkbox form provided by counsel. As the Administrative Law Judge explained, the psychiatrist's statement that cocaine and alcohol abuse was not a factor in her limitations was flatly

inconsistent with his treatment notes and the medical records of the clinics at which she was treated, showing a long history of consistent substance abuse. The medical records also provide substantial evidence to support the Administrative Law Judge's conclusion that when not using drugs or alcohol and while receiving medication and treatment, plaintiff suffers only moderate limitations and is capable of light, unskilled work. Accordingly,

IT IS ORDERED:

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.  The decision of the Commissioner, denying benefits, is affirmed. The Clerk is directed to close the file.

**SO ORDERED on September 29, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**